NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEANVIEW DISTRIBUTION GROUP LLC, a Wyoming limited liability company; SMASH HIT TRADING LLC, a Wyoming limited liability company; and GREEN GOLD ICE LLC, a Wyoming limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>LGI HOLDINGS, LLC dba as Alphabet Wholesale, a Wyoming limited liability company; OLISTICA LIFE SCIENCES GROUP, a business organization, form unknown; PEYTON PALAIO, an individual; TED PALAIO, an individual; LAWRENCE LARSEN, an individual; MARK JENNINGS, an individual; JASON FOSTER, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-07178 FWS (JCx)<br><br>Hon. Fred W. Slaughter<br><br>[Magistrate Judge: Hon. Jacqueline Chooljian]<br><br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE [128]**<br><br><br>*[Removal from Los Angeles County Superior Court on September 7, 2021]* |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [128], the court **ORDERS** this action and all claims asserted therein **DISMISSED WITHOUT PREJUDICE**, and that each party is to bear its own attorneys' fees, costs, and expenses. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: August 18, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE